# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-42 |
| v. | : | (Chief Judge Conner) |
| XING LU CHEN, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of January 2019, upon consideration of the government's Motion (Doc. 423) to Dismiss the charges against Xing Lu Chen, contained in the above-captioned Indictment, pursuant to Fed.R.Crim.P. 48(a), it is hereby ORDERED that said motion is GRANTED. The charges against Xing Lu Chen, contained in the above-captioned Indictment, are DISMISSED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania